```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FORT SMITH DIVISION
```

TOM MARK CROWSON                                          PLAINTIFF

v.                      CASE NO. 09-2067

BRIAN TANKERSLEY and
IVA CAROL FISHER HOING                                   DEFENDANTS

## O R D E R

Before the Court are Plaintiff's *pro se* Motion to Dismiss Separate Defendant Brian Tankersley and to Remand (Doc. 7) and Tankersley's Response (Docs. 10-11). Plaintiff's Complaint was originally filed in the District Court of Johnson County, Arkansas. The United States of America removed it to this Court as the Complaint purported to state a tort claim against Tankersley related to his employment with the Department of Veterans Affairs.

Plaintiff now seeks to voluntarily dismiss Tankersley and requests the Court to remand this case to state court as only state law claims remain. The Court finds that Plaintiff's Motion should be GRANTED. Accordingly, Brian Tankersley is DISMISSED as a defendant in this action. Further, to the extent state law claims remain in Plaintiff's Complaint, this case is REMANDED to the Circuit Court of Johnson County, Arkansas.

IT IS SO ORDERED this 3rd day of August 2009.

                                  /s/ Robert T. Dawson
                                  Honorable Robert T. Dawson
                                  United States District Judge

**AO72A**
**(Rev. 8/82)**